FILED
CLERK, U.S. DISTRICT COURT

Oct 5, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CANCUN PROPERTIES, LLC, a California Limited Liability Company; NATARA LLC, a California Limited Liability Company; THE LITTLE CAFE, INC., A CALIFORNIA CORPORATION; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-04544-SVW-JEM<br><br>**ORDER**<br><br>JS-6 |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 5, 2015　　　　/s/ Stephen V. Wilson

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1